**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**VICTOR NINGUI,**

        **Plaintiff,**

**v.**                                                            **Case No.: 6:22-cv-120-WWB-LHP**

**AFNI, INC.,**

        **Defendant.**

___

**ORDER TO SHOW CAUSE**

The parties are hereby **ORDERED TO SHOW CAUSE** by a written response filed on or before **March 28, 2022** as to why this case should not be dismissed, pursuant to Local Rule 3.10, for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed in the Court's Notice of Local Rule 3.02(a)(2) (Doc. 4), filed on January 21, 2022. The parties shall also file the Case Management Report. Failure to respond shall result in a dismissal of this action without further notice.

**DONE** and **ORDERED** in Orlando, Florida on March 14, 2022.

*[Signature]*
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party